UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| --- | --- | --- |
| v. | : | Mag. No. 13-2520 |
| ILLICH A. HALL, | : | DETENTION ORDER |
| a/k/a "ADRIAN MCKENZIE," | : | |
| a/k/a "ADRIAN MCKENZY," | : | |
| a/k/a "ANDRE LAKE," | : | |
| a/k/a "BLING" | : | |

---

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Assistant United States Attorney, appearing), in the presence of John M. Holliday, attorney for defendant Illich A. Hall, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant without bail pending the trial in the above-entitled matter, and for good cause shown,

IT IS, therefore, on this 12th day of April 2013, ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Hall be committed to the custody of the Attorney General or his authorized representative pending the trial in the above-entitled matter;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Hall be afforded reasonable opportunity for private consultations with counsel;

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other

court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Hall shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings;

IT IS FURTHER ORDERED that the motion of the United States for an order detaining defendant Hall without bail pending the trial in this matter is hereby granted, and defendant Hall is hereby ordered detained pending the trial in the above-entitled matter.

---
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge